**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ulisses HERNANDEZ, Defendant–**
**Appellant.**

No. 03–40424.
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 6, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Ulisses Hernandez, San Antonio, TX, pro se.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Ulisses Hernandez appeals his sentence following a guilty-plea for credit card fraud. Hernandez challenges the district court's denial of a reduction for acceptance of responsibility. The district court's finding that Hernandez failed to admit all relevant conduct for which he is accountable is supported by information in the PSR. This finding forms a sufficient and independent basis to support the trial court's denial of credit for acceptance of responsibility. No error has been shown. Accordingly, the district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

